UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, <br> 6401 Security Blvd. <br> Baltimore, MD 21235 <br><br> and <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br> 7500 Security Blvd. <br> Baltimore, MD 21244 <br><br> Defendants. | CIVIL ACTION FILE NO. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Center for Medicare Advocacy, Inc., hereby makes the following disclosures:

Center for Medicare Advocacy, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% of more of its stock.

Dated: March 3, 2026               Respectfully submitted,

/s/ Justin Lalor
Justin Lalor
CT Bar No. 31766

1

Joshua Norris*
Wey-Wey Kwok*
CENTER FOR MEDICARE ADVOCACY
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
jlalor@medicareadvocacy.org
jnorris@medicareadvocacy.org
wkwok@medicareadvocacy.org

Attorneys for Plaintiffs

*Pro hac vice motions forthcoming.