UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTER FOR MEDICARE ADVOCACY, INC., </br>    *Plaintiff*, </br></br> v. </br></br> SOCIAL SECURITY ADMINISTRATION and CENTERS FOR MEDICARE AND MEDICAID SERVICES, </br>    *Defendants*. | 3:26-CV-00318 (KAD) </br></br></br></br></br> MARCH 4, 2026 |

## ORDER

The Honorable Kari A. Dooley, United States District Judge:

The Plaintiff's Motion for Preliminary Injunction, ECF No. 2, having been presented to the Court, **IT IS HEREBY ORDERED**:

1. A hearing shall be held on **Tuesday, March 17, 2026, at 10:00 a.m.** in Courtroom Two, 915 Lafayette Boulevard, Bridgeport, Connecticut, at which the Court shall hear evidence on the Motion for Preliminary Injunction.

2. Plaintiff shall serve the Complaint, Summonses, and all required documents listed in ECF No. 10, on both Defendants—the Social Security Administration and the Centers for Medicare and Medicaid Services—as set forth in Fed. R. Civ. P. 4(i), as well as a copy of this Order and Plaintiff's Motion for Preliminary Injunction, together with all exhibits, no later than **March 10, 2026**, and shall file proof of service thereafter.

**SO ORDERED** at Bridgeport, Connecticut, this 4th day of March, 2026.

  /s/ *Kari A. Dooley*  
  KARI A. DOOLEY  
  UNITED STATES DISTRICT JUDGE