**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CENTER FOR MEDICARE ADVOCACY, | : | |
| Plaintiff, | : | |
| | : | No. 3:26-cv-00318 (KAD) |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMINISTRATION | : | |
| and CENTERS FOR MEDICARE AND | : | |
| MEDICAID SERVICES, | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 17, 2026, Order, ECF No. 21, Plaintiff Center for Medicare Advocacy and Defendants the Social Security Administration ("SSA") and the Centers for Medicare and Medicaid Services ("CMS") (collectively, "Defendants") respectfully submit this joint status report and update the Court as follows:

**After several conferences, the parties have reached a mutual agreement under which Plaintiff has agreed to withdraw its Motion for Preliminary Injunction, ECF No. 2.** The parties stipulate to the following:

I.      In exchange for the items outlined in Section II below, it is the expectation of the U.S. Attorney's Office that, barring unusual circumstances not presently anticipated, CMS and SSA will proceed as follows:

<u>CMS</u>:  For the Freedom of Information Act ("FOIA") requests here considered, CMS will process records at a rate of 400 pages per month and make an initial production by April 15, 2026. Through counsel, CMS and Plaintiff will continue to collaborate in good faith on narrowing the search parameters outlined in Plaintiff's October 5, 2025, letter to CMS.

1

<u>SSA</u>: For Plaintiff's FOIA requests 1, 2, 3, 5 and 6, SSA will process records at a rate of 100 pages per month, make an initial production by May 1, 2026, and prioritize records responsive to requests 1, 2 and 5.  In addition, in consideration for the commitments outlined in Section II below partially settling Plaintiff's claims, SSA agrees not to charge fees otherwise chargeable under 42 U.S.C. § 1306(c) for requests 1, 2, 3, 5 and 6.

Neither CMS nor SSA admit liability, and each specifically denies that they are in violation of FOIA.

**II.**       In exchange for the items outlined in Section I above, Plaintiff agrees to withdraw its Motion for Preliminary Injunction, ECF No. 2; withdraw its FOIA requests 4, 7, and 8 to SSA; and not seek legal fees or costs relating to CMS's or SSA's production under this mutual agreement, except that Plaintiff will retain the right to seek fees or costs in connection with any subsequent challenge to Defendants' redactions to, or withholding of, records that may be responsive to Plaintiff's FOIA requests not withdrawn.

The parties agree that this stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendants, the United States, or any agency or instrumentality of the United States.

With this filing, the parties agree to bind each other to the commitments above and proceed under this mutual agreement.

Having reached the above agreement, the parties respectfully propose that (1) the Court deem Plaintiff's Preliminary Injunction Motion, ECF No. 2, and all its claims relating to FOIA requests 4, 7, and 8 to SSA, withdrawn; and (2) the parties file a joint status report with the Court by June 8, 2026, or any date the Court prefers.

2

If the Court has questions or wishes for this case to proceed in any other manner, the parties respectfully propose a telephonic status conference.

Date: April 2, 2026

Respectfully and jointly submitted,

DAVID X. SULLIVAN                                CENTER FOR MEDICARE ADVOCACY
UNITED STATES ATTORNEY


_____/s/ Nate Putnam_____                        _____/s/ Joshua Norris_____
Nathaniel M. Putnam                              Joshua H. Norris
Assistant United States Attorney                 Litigation Director
U.S. Attorney's Office                           Center for Medicare Advocacy
1000 Lafayette Boulevard, 10th Floor             P.O. Box 350
Bridgeport, CT 06604                             Willimantic, CT 06226
Tel: 203-696-3036                                (860)336-4788
Nathaniel.Putnam@usdoj.gov                       jnorris@medicareadvocacy.org