**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CENTER FOR MEDICARE ADVOCACY,<br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION and CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:26-cv-00318 (KAD) |

**JOINT STATUS REPORT**

This is a Freedom of Information Act ("FOIA") action in which the parties reached a mutual agreement, set forth in ECF No. 24, under which Plaintiff Center for Medicare Advocacy agreed to withdraw an injunctive motion if Defendants the Social Security Administration ("SSA") and the Centers for Medicare and Medicaid Services ("CMS") agreed to process records on a negotiated schedule. The parties have been working together in good faith, and Defendants have continued making productions to Plaintiff. However, Defendant CMS's last production was in June 2026, when it completed processing already located responsive records, excepting those it had sent for consultation with other federal agencies. The parties are presently conferring on the status of CMS's document production. The parties also plan to confer broadly about the volume of material left to be processed and how they see this action moving forward. The parties respectfully propose filing another joint status report by October 8, 2026.

Plaintiff's counsel has reviewed this submission and has authorized undersigned counsel to represent to the Court that Plaintiff joins it.

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ *Nate Putnam*

Nathaniel M. Putnam
Assistant United States Attorney
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
(203) 696-3036
Nathaniel.Putnam@usdoj.gov